UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO M. SOMOZA,<br><br>   Plaintiff,<br><br>   v.<br><br>DIRECTOR OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | Case No.: 1:20-cv-01600-SKO (PC)<br><br>**ORDER DENYNG MOTION FOR COPY OF COURT RULES**<br><br>(Doc. 7) |

    Plaintiff Ricardo M. Somoza has filed a motion requesting a "full package for all the court rules." (Doc. 7.) The Court assumes that Plaintiff is referring to either the Local Rules of the Eastern District of California or the Federal Rules of Civil Procedure. In general, the Court does not provide copies of these rules to litigants, and any deviation from this standard practice must be justified. The rules are available on the court website at www.caed.uscourts.gov and should be available at the law library of Plaintiff's institution.

    Based on the foregoing, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

Dated:  **January 20, 2021**                    /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE