1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    RICARDO M. SOMOZA,                          Case No. 1:20-cv-01600-KES-SKO (PC)

12                    Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                                   RECOMMENDATIONS TO DISMISS
13           v.                                    ACTION FOR FAILURE TO STATE A
                                                   COGNIZABLE CLAIM FOR RELIEF
14    DIRECTOR OF CALIFORNIA
      DEPARTMENT OF CORRECTIONS
15    AND REHABILITATION, et al.,                  (Doc. 25)

16                    Defendants.

17

18           Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

19    action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

20    magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21           On August 22, 2023, the assigned magistrate judge issued findings and recommendations,

22    recommending that this action be dismissed for plaintiff's failure to state a claim upon which

23    relief could be granted.  Doc. 25.  The findings and recommendations were served on plaintiff and

24    provided him 14 days to file objections.  *Id.* at 11.  Following an extension of time, plaintiff filed

25    his objections on October 4, 2023.  Doc. 28.

26           In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

27    this case.  In his objections, plaintiff repeats many of the allegations stated in his first amended

28    complaint (Doc. 17), which were addressed thoroughly and correctly by the magistrate judge in

1   the Second Screening Order (Doc. 21).  Plaintiff's objections do not establish any error in the

2   magistrate judge's findings and recommendations.  Plaintiff has been afforded two opportunities

3   to amend his complaint but has been unable cure the deficiencies identified by the magistrate

4   judge.  As such, further leave to amend would be futile.

5          Having carefully reviewed the file, including plaintiff's objections, the court concludes

6   that the findings and recommendations are supported by the record and proper analysis.

7          Accordingly, it is HEREBY ORDERED that:

8      1.   The findings and recommendations issued on August 22, 2023 (Doc. 25) are

9           ADOPTED IN FULL;

10     2.   Plaintiff's second amended complaint is DISMISSED without leave to amend for

11          failure to state a claim upon which relief can be granted; and

12     3.   The Clerk of the Court is directed to terminate all pending motions and to close this

13          case.

16   IT IS SO ORDERED.

17     Dated:   July 31, 2024

                                              _____
18                                            UNITED STATES DISTRICT JUDGE

2